William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: williambonhamatty@sbcglobal.net

Attorney for Martin GARCIA, Jr.

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 08-CR-0456 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| Martin GARCIA, Jr. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    The defendant, Martin Garcia, through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the hearing on the government's Motion for revocation of Magistrate Judge's order authorizing pretrial release for defendant Martin Garcia, Jr. currently scheduled for Tuesday, November 4, 2008 at 1:30 p.m., should be vacated and continued until Tuesday, November 18, 2008 at 1:30 p.m.

1

PDF created with pdfFactory trial version www.pdffactory.com

The government asked for and received an extension in the filing of their appeal and a continuance is necessary to allow defense counsel sufficient time to reply. AUSA Samuel Wong has agreed for to the need for a continuance.

I, William E. Bonham, the filing party, have received authorization from AUSA Samuel Wong to sign and submit this stipulation and proposed order on their behalf and that defense counsel has authorization from his respective client.

Accordingly, the defendant and the United States agree and stipulate that the hearing on the government's Motion for revocation of Magistrate Judge's order authorizing pretrial release for defendant Martin Garcia, Jr. should be continued until 1:30 p.m. on Tuesday, November 18, 2008.

Dated: October 30, 2008

      McGREGOR W. SCOTT
      United States Attorney

      By:/s/ William E. Bonham
          SAMUEL WONG
          Assistant U.S. Attorney

Dated: October 30, 2008

      TOMMY/ MARTIN GARCIA
       Defendant

      By:/s/ William E. Bonham for
          WILLIAM E. BONHAM
          Counsel for Defendant

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED. This matter is continued until 1:30 p.m. on Tuesday, November 18, 2008 for a hearing on the government's Motion for revocation of Magistrate Judge's order authorizing pretrial release for defendant Martin Garcia, Jr.

I find that the continuance is necessary to allow defense counsel sufficient time to reply to the governments appeal.

Dated: October 30, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com