William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: williambonhamatty@sbcglobal.net

Attorney for Martin GARCIA, Jr.

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 08-CR-0456 JAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| v. ) | |
| ) | |
| Martin GARCIA, Jr. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The defendant, Martin Garcia, Jr., through his undersigned counsel, and the United States, through its undersigned counsel, agree and stipulate that the hearing on the government's Motion for revocation of Magistrate Judge's order authorizing pretrial release for defendant Martin Garcia, Jr. currently scheduled for Tuesday, December 9, 2008 at 1:30 p.m., should be vacated and continued until Tuesday, January 6, 2009 at 1:30 p.m.

A continuance is necessary to allow defense counsel sufficient time to produce the necessary witness(es) for the hearing from Los Angeles County.

1

PDF created with pdfFactory trial version www.pdffactory.com

I, William E. Bonham, the filing party, have received authorization from AUSA Samuel Wong to sign and submit this stipulation and proposed order on their behalf and that defense counsel has authorization from his respective client.

Accordingly, the defendant and the United States agree and stipulate that the hearing on the government's Motion for revocation of Magistrate Judge's order authorizing pretrial release for defendant Martin Garcia, Jr. should be continued until 1:30 p.m. on Tuesday, January 6, 2009.

Dated: December 5, 2008

                    McGREGOR W. SCOTT
                    United States Attorney

By:/s/   Samuel Wong  per telephone auth.
                    SAMUEL WONG
                    Assistant U.S. Attorney

Dated: December 5, 2008

By:/s/ William E. Bonham for
WILLIAM E. BONHAM
Counsel for Defendant

MARTIN GARCIA, Jr.
Defendant

2

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED. This matter is continued until 1:30 p.m. on Tuesday, January 6, 2009 for a hearing on the government's Motion for revocation of Magistrate Judge's order authorizing pretrial release for defendant Martin Garcia, Jr.

I find that the continuance is necessary to allow defense counsel sufficient time to reply to the governments appeal.

Dated: December 8, 2008

/s/ John A. Mendez
JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com