William E. Bonham, SB# 55478
Attorney at Law
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814

Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for Martin GARCIA, Jr.

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. 08-CR-0456 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| Martin GARCIA, Jr. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The defendant, Martin Garcia, through his undersigned counsel, and the United States,

through its undersigned counsel, agree and stipulate that the hearing on the government's Motion

for revocation of Magistrate Judge's order authorizing pretrial release for defendant Martin

Garcia, Jr. currently scheduled for Tuesday, January 6, 2009 at 1:30 p.m., should be vacated and

continued until Tuesday, January 20, 2009 at 2:30 p.m.

A continuance is necessary to allow defense counsel sufficient time to produce the

necessary witness(es) for the hearing from Los Angeles County.

1

PDF created with pdfFactory trial version www.pdffactory.com

1  I, William E. Bonham, the filing party, have received authorization from AUSA Samuel

2  Wong to sign and submit this stipulation and proposed order on their behalf and that defense

3  counsel has authorization from his respective client.

4        Accordingly, the defendant and the United States agree and stipulate that the

5

6  hearing on the government's Motion for revocation of Magistrate Judge's order authorizing

7  pretrial release for defendant Martin Garcia, Jr. should be continued until 2:30 p.m. on Tuesday,

8  January 20, 2009.

9

10

11 Dated: January 7, 2009

12                                             McGREGOR W. SCOTT
                                               United States Attorney
13

14
                                               By:_____
15                                                 SAMUEL WONG
                                                   Assistant U.S. Attorney
16

17

18

19 Dated: January 7, 2009

20                                             MARTIN GARCIA
                                               Defendant
21
                                               By:/s/   William E. Bonham
22                                                 WILLIAM E. BONHAM
                                                   Counsel for Defendant
23

24

25

26

27

28

2

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED.  This matter is continued until 2:30 p.m. on Tuesday, January

20, 2009 for a hearing on the government's Motion for revocation of Magistrate Judge's order

authorizing pretrial release for defendant Martin Garcia, Jr.

I find that the continuance is necessary to allow defense counsel sufficient time produce

witness(es) from Los Angles County.


Dated: January  7, 2009


/s/ John A. Mendez_____
JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com