FILED
February 4, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                      )<br>            Plaintiff,                    )<br>v.                                                  )<br>                                                      )<br>MARTIN GARCIA, JR.,               )<br>                                                      )<br>            Defendant.                 ) | Case No. 2:08CR00456-JAM-2<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  __MARTIN GARCIA, JR.__ , Case No. __2:08CR00456-JAM-2__ , Charge __21USC § 846: 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

    ✔ Unsecured Appearance Bond - $50,000.00

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    ✔ (Other)    __Pretrial conditions as stated on the record.__

FILED
FEB -4 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __February 4, 2009__ at __9:26 am__ .

                                            By   /s/ Gregory G. Hollows
                                                Gregory G. Hollows
                                                United States Magistrate Judge

Copy 5 - Court