FILED
June 1, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. 2:08-cr-456 JAM
      Plaintiff, )
v. ) ORDER FOR RELEASE
) OF PERSON IN CUSTODY
Martin Garcia, )
)
      Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Martin Garcia</u> Case <u>2:08-cr-456 JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   \_   Release on Personal Recognizance

   \_   Bail Posted in the Sum of _____

   \_   Unsecured bond in the amount of

   \_   Appearance Bond with 10% Deposit

   \_   Appearance Bond secured by Real Property

   \_   Corporate Surety Bail Bond

   X   (Other)* <u>Pretrial conditions/supervision; USM shall bring the defendant to the Courthouse on Monday, 6/22/09 and released to the custody of Pretrial Services to then be transported to The Effort.</u>

Issued at <u>Sacramento, CA</u> on <u>6/1/09</u> at <u>10:50 a.m.</u>

By _____
Kimberly J. Mueller,
United States Magistrate Judge

\* in addition to other conditions previously imposed