1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2772

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) Case No. CR-S-08-0456 JAM
                                  )
12          Plaintiff,            ) ORDER EXCLUDING TIME UNDER SPEEDY
                                  ) TRIAL ACT DUE TO DEFENDANT MARTIN
13     v.                         ) GARCIA, JR.'S ABSENCE AND
                                  ) UNAVAILABILITY (18 U.S.C. §
14 MARTIN URUE GARCIA, et al.,    ) 3161(h)(3)(A) and (B))
                                  )
15          Defendants.           )
                                  ) Court:  Hon. John A. Mendez
16                                )
                                  )
17 _____)

18      On April 20, 2010, the Court held a status conference in this

19 case.  Eduardo Ruiz, Esq., appeared with defendant Martin Urue

20 Garcia.  William Bonham, Esq., appeared on behalf of defendant

21 Martin Garcia, Jr., who did not appear as he was in custody in

22 southern California awaiting transport back to this District.

23 Assistant United States Attorney Samuel Wong appeared on behalf of

24 plaintiff United States of America.

25      The United States requested that the Court order nunc pro tunc

26 the exclusion of time within which the matter must be tried under

27 the Speedy Trial Act based on defendant Martin Garcia, Jr.'s,

28 absence and unavailability beginning on October 9, 2009, as a result

                              1

1 | of his absconding from pretrial services supervision.  Neither

2 | counsel for either defendant objected to the United States' request.

3 |     Good cause appearing therefrom, it is hereby ORDERED that time

4 | beginning on October 9, 2009, to and including April 20, 2010, shall

5 | be excluded from computation of time within which the trial of this

6 | matter must be commenced pursuant to 18 U.S.C. § 3161(h)(3)(A) and

7 | (B) for the reasons stated in the United States' request.

8 |     IT IS SO ORDERED.

9 |

Dated: April 29, 2010            /s/ John A. Mendez
10 |                              JOHN A. MENDEZ
                                 United States District Judge