William E. Bonham, SB# 55478
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for: Martin GARCIA, Jr.

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARTIN URUE GARCIA, et al.,<br>Defendant. | CR. No. 08-CR-0456 JAM<br><br>STIPULATION AND ORDER TO CONTINUE JURY TRIAL AND MODIFY MOTION SCHEDULE |

The defendants, Martin Urue Garcia and Martin Garcia Jr., by and through their undersigned counsel, and the United States, by and through its undersigned counsel, stipulate and request that the Jury Trial currently scheduled for Monday, November 8, 2010 at 9:00 a.m., and the Trial Confirmation Hearing currently set for October 5, 2010 at 9:30 a.m., be vacated and continued until Monday, February 28, 2011 at 9:00 a.m. and Tuesday, January 18, 2011 at 9:30 a.m. , respectively.

The parties further stipulate and request that the Motion Hearing currently set for Tuesday, September 21, 2010 at 9:30 a.m. be vacated and continued to Tuesday, January 11, 2011 at 9:30 a.m. and that the Motions Briefing Schedule be modified as follows:



PDF created with pdfFactory trial version www.pdffactory.com

Motions Hearing: January 11, 2011

Reply Due: December 28, 2010

Opposition Due: December 14, 2010

Motions Due: November 16, 2010

A continuance is necessary to provide counsel with additional time for continued case preparation, preparation of defense motions, investigation, and for ongoing plea and sentencing negotiations.

The parties also stipulate that computation of time within which the trial of this case must be commenced should be excluded under the Speedy Trial Act due to the need for continuity of defense counsel for defendant Martin Garcia, Jr., and the needs of defense counsel for continued case preparation and ongoing plea and sentencing negotiations. Local Code T4 & 18 U.S.C § 3161 (h)(7)(A) and (B)(iv). In particular, William E. Bonham, Esq., is unavailable to perform much work on this case at this time because of his back-to-back trial schedules in four other state cases starting on September 23, 2010, running through October 2010, and finishing in early November 2010. In addition, both defense counsel desire additional time to prepare their respective client's defenses by investigating the marijuana garden where their clients allegedly worked, but such investigation cannot safely occur now as this is prime marijuana manufacturing season, and which might extend into November 2010. Defense counsel desire to conduct their investigation of the marijuana garden during the winter months, although there may be weather delays, because of their perception that there will be less criminal activity by marijuana manufacturers during those months in the area of the marijuana garden. Defendants specifically request that trial be set for February 28, 2010, to allow for more leeway for conducting of the defense investigation in the marijuana garden during the winter months due to uncertain weather



PDF created with pdfFactory trial version www.pdffactory.com

conditions. Depending on defense counsel's schedules and the weather, the defense investigation into the marijuana garden might have to take place as late as February 2011.

I, William E. Bonham, the filing party, have received authorization from defense counsel, E. Ruiz and AUSA Samuel Wong to sign and submit this stipulation and proposed order their behalf and defense counsel has authorization from their respective clients.

Accordingly, the defendants and the United States agree and stipulate that the Jury Trial currently scheduled for Monday, November 8, 2010 at 9:00 a.m., and the Trial Confirmation Hearing currently set for October 5, 2010 at 9:30 a.m., be vacated and continued until Monday, February 28, 2011 at 9:00 a.m. and Tuesday, January 18, 2011 at 9:30 a.m. respectively, and that the motion hearing and schedule be modified as indicated above. The parties stipulate that time from the date of this stipulation, September 21, 2010, to and including the February 28, 2011, trial date shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act and the ends of justice served by granting this continuance outweigh the best interests of the public and defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: September 21, 2010

BENJAMIN B. WAGNER

United States Attorney

By:/s/ William E. Bonham for
SAMUEL WONG
Assistant U.S. Attorney

Dated: September 21, 2010

By:/s/ William E. Bonham for
WILLIAM E. BONHAM
Counsel for Defendant:
MARTIN GARCIA Jr.



PDF created with pdfFactory trial version www.pdffactory.com

Dated: September 21, 2010

By:/s/ William E. Bonham for
EDUARDO RUIZ
Counsel for Defendant:
MARTIN URUE GARCIA

---

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and defendants in a speedy trial. The Court also finds the requested continuance is necessary to provide defendant Martin Garcia, Jr., continuity of counsel, and both defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. It is ordered that the time from the date of the parties' stipulation, September 21, 2010, to and including February 28, 2011, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4 (continuity of defense counsel and defense counsel preparation).

IT IS ORDERED THAT the Jury Trial currently scheduled for Monday, November 8, 2010 at 9:00 a.m., and the Trial Confirmation Hearing currently set for October 5, 2010 at 9:30 a.m., are vacated and continued to Monday, February 28, 2011 at 9:00 a.m. and Tuesday, January 18, 2011 at 9:30 a.m. respectively.



PDF created with pdfFactory trial version www.pdffactory.com

IT IS FURTHER ORDERED THAT the Motions Hearing currently set for Tuesday, September 21, 2010 at 9:30 a.m. is vacated and continued to Tuesday, January 11, 2011 at 9:30 a.m. and that the Motions Briefing Schedule is modified as set forth above by the parties.

It is so ordered.

Dated: September 21, 2010

/s/ John A. Mendez_____________

JOHN A. MENDEZ
United States District Court Judge



PDF created with pdfFactory trial version www.pdffactory.com