UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



FILED
FEB 25 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN GARCIA, JR.,<br><br>　　　　　Defendant. | No. 2:08-CR-00456-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release MARTIN GARCIA, JR.; Case No. 2:08-CR-00456-KJM, from custody for the following reasons:

　　___ Release on Personal Recognizance

　　___ Bail Posted in the Sum of $

　　　　　　　　___ Unsecured Appearance Bond

　　　　　　　　___ Appearance Bond with 10% Deposit

　　　　　　　　___ Appearance Bond with Surety

　　　　　　　　___ Corporate Surety Bail Bond

　　_X_ (Other): Time Served

Issued at Sacramento, California on __2/25/15__, at __10 am__.

_____
Kimberly J. Mueller
United States District Judge